UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-00907-DOC-DFM | Date | August 27, 2025 |
|---|---|---|---|
| Title | Star Powell v. Experian Information Solutions Inc | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

<u>Karlen Dubon</u>
Deputy Clerk

<u>Not Reported</u>
Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFF:**
None Present

**ATTORNEYS PRESENT FOR DEFENDANT:**
None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

On July 29, 2025, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (Dkt. 15). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is DISMISSED without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

_____ : _____

Initials of Deputy Clerk    kdu